HANSON BRIDGETT LLP
KATHRYN E. DOI, SBN 121979
ANDREW W. STROUD, SBN 126475
500 Capitol Mall, Suite 1500
Sacramento, California 95814
Telephone:   (916) 442-3333
Facsimile:   (916) 442-2348
Email: kdoi@hansonbridgett.com
          astroud@hansonbridgett.com

REGINA M. BOYLE, SBN 164181
LAW OFFICE OF REGINA M. BOYLE
Post Office Box 163479
5531 7th Avenue
Sacramento, California 95816-9479
Telephone:   (916) 930-0930
Email: rboyle@cliniclaw.com

Attorneys for Plaintiffs
COMMUNITY HEALTH CENTER
ALLIANCE FOR PATIENT ACCESS, ET AL.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

| | |
|---|---|
| COMMUNITY HEALTH CENTER ALLIANCE FOR PATIENT ACCESS, ET AL.,<br><br>          Plaintiffs,<br><br>     v.<br><br>WILLIAM LIGHTBOURNE, Director of the California Department of Health Care Services, CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES,<br><br>          Defendants. | Case No. 2:20-CV-02171-JAM-KJN<br><br>**STIPULATION AND ORDER RE: BRIEFING SCHEDULE** |

Plaintiffs and Defendants hereby stipulate to the following briefing schedule in connection with Plaintiffs' motion for a temporary restraining order:

1.     Plaintiffs shall file their motion for a temporary restraining order by close of business on Monday, November 9, 2020.

2.     The due date for Defendants' brief and supporting documents in opposition to Plaintiffs' motion for a temporary restraining order shall be the close of business on

-1-
STIPULATION AND ORDER RE BRIEFING SCHEDULE

17017646.1

Wednesday, November 18, 2020.

3. The due date for Plaintiffs' reply brief and supporting documents shall be the close of business on Friday, November 20, 2020.

The hearing, if any, on the motion will be heard on a date and time established by the Court.

DATED: November 9, 2020                HANSON BRIDGETT LLP


By: _____/s/ *Kathryn E. Doi*_____
  KATHRYN E. DOI
  ANDREW W. STROUD
  Attorneys for Plaintiffs

DATED: November 9, 2020                LAW OFFICES OF REGINA M. BOYLE


By: _____/s/ *Regina M. Boyle*_____
  REGINA M. BOYLE
  Attorneys for Plaintiffs

DATED: November 9, 2020                CALIFORNIA DEPARTMENT OF JUSTICE
                                        OFFICE OF THE ATTORNEY GENERAL


By: _____/s/ *Marianne Pansa*_____
  MARIANNE PANSA
  MEGAN SAMMUT
  Attorneys for Defendants

IT IS SO ORDERED.

DATED: November 10, 2020                /s/ John A. Mendez
                                        THE HONORABLE JOHN A. MENDEZ
                                        UNITED STATES DISTRICT COURT JUDGE