XAVIER BECERRA, State Bar No. 118517
Attorney General of California
DARRELL W. SPENCE, State Bar No. 248011
Supervising Deputy Attorney General
MEGAN A. SAMMUT, State Bar No. 287772
MARIANNE A. PANSA, State Bar No. 270928
Deputy Attorney General
  2550 Mariposa Mall, Room 5090
  Fresno, CA  93721
  Telephone:  (559) 705-2300
  Fax:  (559) 445-5106
  E-mail:  Marianne.Pansa@doj.ca.gov
*Attorneys for Defendants William Lightbourne, Director of the California Department of Health Care Services, California Department of Health Care Services*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **COMMUNITY HEALTH CENTER ALLIANCE FOR PATIENT ACCESS; AVENAL COMMUNITY HEALTH CENTERS; COMMUNITY HEALTH CENTERS OF THE CENTRAL COAST; FAMILY HEALTH CENTERS OF SAN DIEGO; IMPERIAL BEACH COMMUNITY CLINIC; LA MAESTRA FAMILY CLINIC; OMNI FAMILY HEALTH; OPEN DOOR COMMUNITY HEALTH CENTERS; SHASTA COMMUNITY HEALTH CENTER; SOUTH COUNTY COMMUNITY HEALTH CENTER, INC.,**<br><br>Plaintiffs,<br><br>v.<br><br>**WILLIAM LIGHTBOURNE, Director of the California Department of Health Care Services, CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES,**<br><br>Defendants. | 2:20-cv-02171-JAM-KJN<br><br>**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO THE COMPLAINT [L.R. 144(a)]**<br><br>Courtroom:  6<br>Judge:        Honorable John A. Mendez<br><br>Action Filed:  October 29, 2020 |

1

Pursuant to Local Rule 144(a), Plaintiffs Community Health Center Alliance for Patient Access *et al.*, and Defendants William Lightbourne, Director of the California Department of Health Care Services ("DHCS"), and DHCS (Collectively "Defendants"), by and through their attorneys of record, agree and stipulate that the time for Defendants to answer or otherwise respond to Plaintiffs' Complaint for Declaratory and Injunctive Relief, served on October 29, 2020, is hereby extended for 28 days, up to and including December 17, 2020.

IT IS SO STIPULATED.

Dated:  November 17, 2020                      Respectfully submitted,

XAVIER BECERRA
Attorney General of California
DARRELL W. SPENCE
Supervising Deputy Attorney Genera

/s/ Marianne A. Pansa
MARIANNE A. PANSA
Deputy Attorney General
*Attorneys for Defendants William Lightbourne, Director of the California Department of Health Care Services, California Department of Health Care Services*

Dated:  November 17, 2020                      Respectfully submitted,

/s/ Kathryn E. Doi
HANSON BRIDGETT LLP
Kathryn E. Doi
Andrew W. Stroud
Attorneys for Plaintiffs Community Health Center Alliance for Patient Access, *et al.*

/ / /

/ / /

/ / /

1 | Dated:  November 17, 2020

Respectfully submitted,

/s/ Regina M. Boyle
LAW OFFICE OF REGINA M. BOYLE
Attorneys for Plaintiffs Community Health
Center Alliance for Patient Access, *et al*.

3

**ORDER**

Pursuant to the stipulation of the parties above, and good cause appearing, the time for Defendants to answer or otherwise respond to Plaintiffs' Complaint for Declaratory and Injunctive Relief, served on October 29, 2020, is hereby extended for 28 days, up to and including December 17, 2020.

IT IS SO ORDERED.

DATED: November 17, 2020  /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE