1  XAVIER BECERRA, State Bar No. 118517
   Attorney General of California
2  DARRELL W. SPENCE, State Bar No. 248011
   Supervising Deputy Attorney General
3  MARIANNE A. PANSA, State Bar No. 270928
   MEGAN A. SAMMUT, State Bar No. 287772
4  Deputy Attorney General
     1300 I Street, Suite 125
5    P.O. Box 944255
     Sacramento, CA 94244-2550
6    Telephone: 916-210-6512
     E-mail: Megan.Sammut@doj.ca.gov
7  *Attorneys for Defendants Will Lightbourne, Director*
   *of the California Department of Health Care*
8  *Services, California Department of Health Care*
   *Services*
9
10
11
12

**FILED**

**DEC 1 5 2020**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 13  **COMMUNITY HEALTH CENTER**<br>**ALLIANCE FOR PATIENT ACCESS;**<br>14  **AVENAL COMMUNITY HEALTH**<br>**CENTERS; COMMUNITY HEALTH**<br>15  **CENTERS OF THE CENTRAL COAST;**<br>**FAMILY HEALTH CENTERS OF SAN**<br>16  **DIEGO; IMPERIAL BEACH**<br>**COMMUNITY CLINIC; LA MAESTRA**<br>17  **FAMILY CLINIC; OMNI FAMILY**<br>**HEALTH; OPEN DOOR COMMUNITY**<br>18  **HEALTH CENTERS; SHASTA**<br>**COMMUNITY HEALTH CENTER;**<br>19  **SOUTH COUNTY COMMUNITY**<br>**HEALTH CENTER, INC.,** | 2:20-cv-02171-JAM-KJN |

20                                                           **STIPULATION AND ORDER**
                                        Plaintiffs,   **EXTENDING TIME TO RESPOND TO**
21                                                           **THE COMPLAINT; SETTING**
                                                           **BRIEFING SCHEDULE ON**
     v.                                                    **DEFENDANTS' MOTION TO DISMISS**
22                                                           **AND PLAINTIFFS' MOTION FOR**
                                                           **PRELIMINARY INJUNCTION; AND**
23  **WILLIAM LIGHTBOURNE[1], Director of**   **CONTINUING RULE 26(f) JOINT**
   **the California Department of Health Care**   **STATUS REPORT**
24  **Services, CALIFORNIA DEPARTMENT**
   **OF HEALTH CARE SERVICES,**              Courtroom: 6
25                                                           Judge: Honorable John A. Mendez
                                        Defendants.   Action Filed: October 29, 2020
26

27  ───────────────────────
28      [1] Will Lightbourne, Director of the California Department of Health Care Services, is
   erroneously sued as William Lightbourne.

-1-

Stipulation and Order Extending Time to Respond to Complaint; Setting Briefing Schedule on Defendants' Motion
to Dismiss and Plaintiffs' Motion for Preliminary Injunction; and Continuing Rule 26(f) Joint Status Report   (2:20-
cv-02171-JAM-KJN)

1    WHEREAS, by prior stipulation and order of this Court, Defendants Will Lightbourne,

2    Director of the California Department of Health Care Services ("DHCS"), and DHCS's

3    (collectively "Defendants") response to Plaintiffs Community Health Center Alliance for Patient

4    Access *et al.*'s ("Plaintiffs") Complaint is currently due on or before December 17, 2020;

5    WHEREAS, pursuant to the Court's Order denying Plaintiffs' Motion for Temporary

6    Restraining Order, Plaintiffs intend to file a Motion for Preliminary Injunction on or before

7    December 24, 2020, in order for that motion to be considered by April 1, 2021;

8    WHEREAS, in accordance with the Court's initial standing order, the Parties' are required,

9    on or before December 28, 2020, to confer as required by Federal Rule of Civil Procedure 26(f)

10   and to prepare and submit to the Court a joint status report that includes the Rule 26(f) discovery

11   plan;

12   WHEREAS, Defendants have requested that Plaintiffs stipulate to an additional week for

13   Defendants to respond to the Complaint;

14   WHEREAS, Plaintiffs have agreed to stipulate to a one-week extension of time for

15   Defendants to respond to the Complaint, conditioned on the Parties' agreement to meet and

16   confer to discuss the bases for the Defendants' motion to dismiss on Friday, December 11, 2021,

17   at 3:00 p.m.;

18   WHEREAS, the Parties agree it will best serve the interest of judicial economy and will be

19   a more efficient use of attorney and party resources to coordinate the subsequent briefing

20   schedule on both motions and to set both motions to be heard by the Court simultaneously;

21   WHEREAS, the Parties similarly agree it would be the most efficient use of resources to

22   continue the deadline to confer and file the required Rule 26(f) joint status report to not later than

23   thirty (30) days from the date of the Court's order on Defendants' motion to dismiss or from the

24   filing of any First Amended Complaint, whichever is later;

25   THEREFORE, subject to approval by this Court, the Parties by and through their attorneys

26   of record, agree and stipulate as follows:

27   ///

28

-2-

1  (1) The time for Defendants to respond to Plaintiffs' Complaint for Declaratory and

2 Injunctive Relief, by way of an anticipated motion to dismiss, shall be extended seven (7) days,

3 from December 17, 2020, up to and including December 24, 2020;

4  (2) The Parties shall meet and confer with respect to Defendants' motion to dismiss on

5 December 11, 2020 at 3:00 p.m.;

6  (3) Consistent with the Court's prior order, Plaintiffs shall file their anticipated motion

7 for preliminary injunction not later than December 24, 2020;

8  (4) Both Parties shall file oppositions to the respective motions on or before Thursday,

9 January 21, 2021;

10  (5) Reply briefs shall be filed, if at all, on or before Friday, February 5, 2021;

11  (6) The motions will be noticed for hearing before this Court on Tuesday, February 23,

12 2021, or as otherwise set by the Court;

13  (7) The Parties' Joint Status Report as required under Federal Rule of Civil Procedure

14 26(f) shall be filed not later than thirty (30) days from the date of the Court's order on

15 Defendants' motion to dismiss or from the filing of any First Amended Complaint, whichever is

16 later.

17  **IT IS SO STIPULATED.**

18 Dated:  December 11, 2020    Respectfully submitted,

19           XAVIER BECERRA
           Attorney General of California
20           DARRELL W. SPENCE
           Supervising Deputy Attorney General
21

22           By /s/ Megan A. Sammut
23            MEGAN A. SAMMUT
            Deputy Attorney General
24

25           *Attorneys for Defendants Will Lightbourne,
Director of the California Department of
26 Health Care Services, California
Department of Health Care Services*

27

28

1   Dated:  December 11, 2020                    Respectfully submitted,

2

3                                                By /s/ Kathryn E. Doi
4                                                   HANSON BRIDGETT LLP
                                                    Kathryn E. Doi
5                                                   Andrew W. Stroud

6
7   Dated:  December 11, 2020                    Respectfully submitted,

8
9                                                By /s/ Regina Boyle
                                                    LAW OFFICE OF REGINA M. BOYLE
10                                                  Regina Boyle

11                                               *Attorneys for Plaintiffs Community Health
                                                 Center Alliance for Patient Access, et al.*
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                       -4-

**ORDER**

Upon the foregoing Stipulation of Plaintiffs Community Health Center Alliance for Patient Access *et al.* and Defendants Department of Health Care Services and Director Will Lightbourne, the Court hereby orders as follows:

(1)   The time for Defendants to respond to Plaintiffs' Complaint for Declaratory and Injunctive Relief, by way of an anticipated motion to dismiss, shall be extended seven (7) days, from December 17, 2020, up to and including December 24, 2020;

(2)   Consistent with the Court's prior order, Plaintiffs shall file their anticipated motion for preliminary injunction not later than December 24, 2020;

(3)   Both Parties shall file oppositions to the respective motions on or before Thursday, January 21, 2021;

(4)   Reply briefs shall be filed, if at all, on or before Friday, February 5, 2021;

(5)   The ~~motions~~ motion to dismissed will be noticed for hearing before this Court on Tuesday, February 23, 2021, ~~or as otherwise set by the Court~~ at 1:30 PM. The motion for preliminary injunction shall be noticed for hearing on March 9, 2021 at 1:30 PM.

(6)   The Parties' Joint Status Report as required under Federal Rule of Civil Procedure 26(f) shall be filed not later than thirty (30) days from the date of the Court's order on Defendants' motion to dismiss or from the filing of any First Amended Complaint, whichever is later.

**IT IS SO ORDERED.**

DATED: *December 15, 2020*

_____
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

-5-