1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  DARRELL W. SPENCE, State Bar No. 248011
   Supervising Deputy Attorney General
3  JOSHUA N. SONDHEIMER, State Bar No. 152000
   ANJANA N. GUNN, State Bar No. 251200
4  KEVIN L. QUADE, State Bar No. 285197
   Deputy Attorneys General
5    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
6    Telephone:  (415) 510-4420
     Fax:  (415) 703-5480
7    E-mail:  Joshua.Sondheimer@doj.ca.gov
   *Attorneys for Defendant Michelle Baass, as*
8  *Director, California Department of Health Care*
   *Services*

9                    IN THE UNITED STATES DISTRICT COURT

10                  FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  **COMMUNITY HEALTH CENTER**          2:20-cv-02171-JAM-KJN
    **ALLIANCE FOR PATIENT ACCESS;**
14  **AVENAL COMMUNITY HEALTH**
    **CENTERS; COMMUNITY HEALTH**
15  **CENTERS OF THE CENTRAL COAST;**     **ORDER EXTENDING TIME FOR**
    **FAMILY HEALTH CENTERS OF SAN**     **RESPONSE BY DEFENDANT BAASS TO**
16  **DIEGO; IMPERIAL BEACH**             **FIRST AMENDED COMPLAINT**
    **COMMUNITY CLINIC; LA MAESTRA**
17  **FAMILY CLINIC; OMNI FAMILY**
    **HEALTH; OPEN DOOR COMMUNITY**
18  **HEALTH CENTERS; SHASTA**            Courtroom:    6
    **COMMUNITY HEALTH CENTER;**          Judge:        Honorable John A. Mendez
19  **SOUTH COUNTY COMMUNITY**            Action Filed: October 29, 2020
    **HEALTH CENTER, INC., UNITED**
20  **HEALTH CENTERS OF THE SAN**
    **JOAQUIN VALLEY,**
21
                                              Plaintiffs,
22
             v.
23

24  **MICHELLE BAASS, Director of the**
    **California Department of Health**
25  **Care Services, CHIQUITA BROOKS-LaSURE;**
    **Administrator of the Centers for Medicare**
26  **and Medicaid Services,**

27                                           Defendants.

28

18246066.1

1    Pursuant to the stipulation of the parties, and good cause appearing, defendant Michelle

2  Baass' time to respond to the First Amended Complaint is extended to February 8, 2022.

3

4    **IT IS SO ORDERED.**

5

6

7  DATED:  January 28, 2022                              /s/ John A. Mendez

                                                          THE HONORABLE JOHN A. MENDEZ
8                                                         UNITED STATES DISTRICT COURT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28