1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  DARRELL W. SPENCE, State Bar No. 248011
   Supervising Deputy Attorney General
3  JOSHUA N. SONDHEIMER, State Bar No. 152000
   ANJANA N. GUNN, State Bar No. 251200
4  KEVIN L. QUADE, State Bar No. 285197
   Deputy Attorneys General
5    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
6    Telephone:  (415) 510-4420
     Fax:  (415) 703-5480
7    E-mail:  Joshua.Sondheimer@doj.ca.gov
   *Attorneys for Defendant Michelle Baass, as
8  Director, California Department of Health Care
   Services*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **COMMUNITY HEALTH CENTER ALLIANCE FOR PATIENT ACCESS; AVENAL COMMUNITY HEALTH CENTERS; COMMUNITY HEALTH CENTERS OF THE CENTRAL COAST; FAMILY HEALTH CENTERS OF SAN DIEGO; IMPERIAL BEACH COMMUNITY CLINIC; LA MAESTRA FAMILY CLINIC; OMNI FAMILY HEALTH; OPEN DOOR COMMUNITY HEALTH CENTERS; SHASTA COMMUNITY HEALTH CENTER; SOUTH COUNTY COMMUNITY HEALTH CENTER, INC., UNITED HEALTH CENTERS OF THE SAN JOAQUIN VALLEY,**<br><br>Plaintiffs,<br><br>v.<br><br>**MICHELLE BAASS, Director of the California Department of Health Care Services, CHIQUITA BROOKS-LaSURE; Administrator of the Centers for Medicare and Medicaid Services,**<br><br>Defendants. | 2:20-cv-02171-JAM-KJN<br><br>**ORDER GRANTING BRIEFING SCHEDULE ON DEFENDANT BAASS' MOTION TO DISMISS**<br><br>Date:      May 3, 2022<br>Time:     1:30 p.m.<br>Dept:     Courtroom 6, 14th Floor<br>Judge:   The Honorable John A. Mendez |

Pursuant to the stipulation of the Parties, and good cause appearing:

1. Plaintiffs' Opposition to Director Michelle Baass' Motion to Dismiss Plaintiffs' First Amended Complaint shall be served and filed by March 18, 2022; and

2. Any Reply by Director Baass in support of her Motion to Dismiss shall be served and filed by April 8, 2022.

**IT IS SO ORDERED.**

DATED:  February 15, 2022        /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE