HANSON BRIDGETT LLP
KATHRYN E. DOI, SBN 121979
ANDREW W. STROUD, SBN 126475
G. THOMAS RIVERA III, SBN 333556
500 Capitol Mall, Suite 1500
Sacramento, California 95814
Telephone:   (916) 442-3333
Facsimile:    (916) 442-2348
Email: kdoi@hansonbridgett.com
           astroud@hansonbridgett.com
           trivera@hansonbridgett.com

LAW OFFICE OF REGINA M. BOYLE
REGINA M. BOYLE, SBN 164181
Post Office Box 163479
5531 7th Avenue
Sacramento, CA  95816-9479
Telephone:   (916) 930-0930
Email:        rboyle@cliniclaw.com

Attorneys for Plaintiffs
COMMUNITY HEALTH CENTER ALLIANCE
FOR PATIENT ACCESS, ET AL.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| COMMUNITY HEALTH CENTER ALLIANCE FOR PATIENT ACCESS, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>MICHELLE BAASS, Director of the California Department of Health Care Services; CHIQUITA BROOKS-LaSURE, Administrator of the Centers for Medicare and Medicaid Services,<br><br>   Defendants. | Case No. 2:20-CV-02171-JAM-KJN4<br><br>**ORDER GRANTING BRIEFING SCHEDULE ON DEFENDANT CHIQUITA BROOKS-LaSURE'S MOTION TO DISMISS**<br><br>Date:    June 7, 2022<br>Time:    1:30 p.m.<br>Place:   Courtroom 6 |

Pursuant to the stipulation of the Parties, and good cause appearing:

1. Plaintiffs' Opposition to Administrator Chiquita Brooks-LaSure's Motion to Dismiss Plaintiffs' First Amended Complaint shall be served and filed by Friday, April 22, 2022; and

2. Any Reply by Administrator Chiquita Brooks-LaSure in support of her Motion to Dismiss shall be served and filed by May 20, 2022.

**IT IS SO ORDERED.**

DATED:  March 16, 2022              /s/ John A. Mendez
                                    THE HONORABLE JOHN A. MENDEZ
                                    UNITED STATES DISTRICT COURT JUDGE