| | |
|---|---|
| 1 | ROB BONTA, State Bar No. 202668<br>Attorney General of California |
| 2 | DARRELL W. SPENCE, State Bar No. 248011<br>Supervising Deputy Attorney General |
| 3 | JOSHUA N. SONDHEIMER, State Bar No. 152000<br>ANJANA N. GUNN, State Bar No. 251200 |
| 4 | KEVIN L. QUADE, State Bar No. 285197<br>Deputy Attorneys General |
| 5 | 455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-7004 |
| 6 | Telephone: (415) 510-4420<br>Fax: (415) 703-5480 |
| 7 | E-mail: Joshua.Sondheimer@doj.ca.gov<br>*Attorneys for Defendant Michelle Baass, as* |
| 8 | *Director, California Department of Health Care Services* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **COMMUNITY HEALTH CENTER ALLIANCE FOR PATIENT ACCESS; AVENAL COMMUNITY HEALTH CENTERS; COMMUNITY HEALTH CENTERS OF THE CENTRAL COAST; FAMILY HEALTH CENTERS OF SAN DIEGO; IMPERIAL BEACH COMMUNITY CLINIC; LA MAESTRA FAMILY CLINIC; OMNI FAMILY HEALTH; OPEN DOOR COMMUNITY HEALTH CENTERS; SHASTA COMMUNITY HEALTH CENTER; SOUTH COUNTY COMMUNITY HEALTH CENTER, INC., UNITED HEALTH CENTERS OF THE SAN JOAQUIN VALLEY,**<br><br>Plaintiffs,<br><br>v.<br><br>**MICHELLE BAASS, Director of the California Department of Health Care Services, CHIQUITA BROOKS-LaSURE; Administrator of the Centers for Medicare and Medicaid Services,**<br><br>Defendants. | 2:20-cv-02171-JAM-KJN<br><br>**ORDER CONTINUING HEARING ON DEFENDANT BAASS' MOTION TO DISMISS AND CONSOLIDATING HEARING WITH HEARING ON DEFENDANT BROOKS-LASURE'S MOTION TO DISMISS**<br><br>Date:   May 3, 2022<br>Time:   1:30 p.m.<br>Dept:   Courtroom 6, 14th Floor<br>Judge:  The Honorable John A. Mendez<br>        (Deft. Baass' Mot. to Dismiss)<br><br>Date:   June 7, 2022<br>Time:   1:30 p.m.<br>Dept:   Courtroom 6, 14th Floor<br>Judge:  The Honorable John A. Mendez<br>        (Deft. Brooks La-Sure's Mot. to Dismiss) |

Pursuant to the stipulation of the Parties, and good cause appearing:

1. The hearing on Director Baass' motion to dismiss, presently scheduled for May 3, 2022, at 1:30 p.m. shall be continued to June 7, 2022, at 1:30 p.m., the same date and time on which Administrator Brooks-LaSure's motion to dismiss is presently scheduled;

2. The hearings on the Director's motion to dismiss and the motion to dismiss by Administrator Brooks-LaSure shall be consolidated so that Defendants' respective motions to dismiss may be heard concurrently; and

3. The briefing schedule established in the Court's March 16, 2022, order regarding the Administrator's motion to dismiss is not affected by this Order.

**IT IS SO ORDERED.**

DATED: April 14, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE